83,034-01,02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

This is Kwamaine Jones and im writing in regards to my Habeas Corpus 11.07. I was Not here during the time of the crime I was iN Losangeles, CA and ~~Hor~~ I also never told them to shoot anyone. My county was under federal investigation for the crooked things that they have been ~~doin~~ doing. My lawyer told me that the D.A didn't like me or my family and that they. Would make Sure Something happened to me If I were to get out. They also Said they were going to lock up my Witnesses if they testified for me. ~~They~~ It was More Personel then anything. They even Wanted my lawyer to get off the case. Its been ~~Sou~~ So much chaos dealing with Smith county. It Just isn't right. I would have Never Signed If I ~~Could~~ were giving a fair chance. If you look closely The Judge Ask 'em I Sure I want to Sign and She Saw that I really didn't want to she even said ya don't look to Sure. Please help me to get Back to the county or at least drep My ~~aggravat~~ agg

Charge, Because I would never shoot anyBody and never shot anyone ever in my life The People who they said were ~~involved~~ involved were crips Shooting at crips, They tagged me as a piru member. how could I tell some Hoover crip member to do anything. I'm Not a ~~gang~~ member ~~for~~ I Just hung around the wrong crowd thats all. I'm a changed man, ~~Aman~~ a man of God and I would take a lie detector test for everything ⊕ Iv said. Thank you for your time please help me get back home its Killing my mother, (Literally).
God Bless

# Certificate of Baptism



"And it came to pass in those days that Jesus came from Nazareth of Galilee, and was baptized of John in Jordan" (Mark 1:9)

"Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost" (Matthew 28:19)

*This certifies*

that **Kwamaine Jones**

*In obedience to our Lord Jesus Christ, was "buried with Him in baptism"*

On the **5th** day of **April** in the year of our Lord **2015**

Date of birth **6-6-90** by **Clyd. E. Young**

**Jesus Loves You** *Church of Christ*